# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARVIN LOUIS DAVIS**                                                    **PLAINTIFF**

**V.**                                        **NO. 3:16CV00291-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## ORDER ON PETITION FOR ATTORNEY'S FEES

Before the court is Plaintiff's motion [21] for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [18] dated October 26, 2017, this court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees in the amount of $5,575.50 for 29.5 hours of attorney time before this court at a rate of $189.00 per hour and travel expenses in the amount of $50.29 on the grounds that he was the prevailing party and the Commissioner's position was not "substantially justified." The Acting Commissioner did not respond to the motion.

The court, having thoroughly considered the fee request, finds that the same is reasonable, and no special circumstance would make the award unjust.

**THEREFORE, IT IS ORDERED**:

That the Acting Commissioner shall promptly pay to Plaintiff a total of $5,575.50 in attorney's fees and $50.29 in travel expenses for the benefit of counsel for Plaintiff.

This 28th day of December, 2017.

                                                              /s/ Jane M. Virden
                                                              U. S. MAGISTRATE JUDGE